Form 182 – ntchrgpay

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                          Case No.:  16−22528−KCF
                          Chapter:  13
                          Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jerome Beckworth
    aka EZ Vip Realty LLC, aka JM Enterprises, LLC
    13 Gardengate Court
    POB 342
    Columbus, NJ 08022

Social Security No.:
    xxx−xx−4423

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING FOR FAILURE TO PAY FILING FEE

Please take notice that a hearing for failure to make an installment payment as noted below

will be held on:       August 10, 2016       09:00 AM

at: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

The amount of the unpaid filing fee is:

$230.00

If the balance of the filing fee in the amount noted above is not paid immediately, your case will be dismissed at the hearing. The Clerk's Office will only accept payment in the form of money order, certified check, attorney check, or electronic payment by efiling attorneys. No personal checks or cash will be accepted.


Dated: August 2, 2016
JJW: fed

                                                                   James J. Waldron
                                                                     Clerk