Form 182 – ntchrgpay

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  16−22528−KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jerome Beckworth
   aka EZ Vip Realty LLC, aka JM
   Enterprises, LLC
   13 Gardengate Court
   POB 342
   Columbus, NJ 08022

Social Security No.:
   xxx−xx−4423

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING FOR FAILURE TO PAY FILING FEE

Please take notice that a hearing for failure to make an installment payment as noted below

will be held on:    August 10, 2016    09:00 AM

at: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

The amount of the unpaid filing fee is:

$230.00

If the balance of the filing fee in the amount noted above is not paid immediately, your case will be dismissed at the hearing. The Clerk's Office will only accept payment in the form of money order, certified check, attorney check, or electronic payment by efiling attorneys. No personal checks or cash will be accepted.


Dated: August 2, 2016
JJW: fed

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-22528-KCF
Jerome Beckworth                                                      Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 1            Date Rcvd: Aug 02, 2016
                                Form ID: 182           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2016.
db           +Jerome Beckworth,    13 Gardengate Court,    POB 342,    Columbus, NJ 08022-0342
aty          +Simon Belli, II,    2115 Hamilton Ave,    Mercerville, NJ 08619-3600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2016 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Charles G. Wohlrab    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               GSAA Home Equity Trust 2006-18 cwohlrab@logs.com,   njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    PNC BANK, National Association dcarlon@kmllawgroup.com,
               dcarlon@zuckergoldberg.com
              James Patrick Shay    on behalf of Creditor    US Bank National Association, as Trustee for J.P.
               Morgan Mortgage Acquisition Trust 2006-WF1 james.shay@phelanhallinan.com
              Michael Frederick Dingerdissen    on behalf of Creditor    US Bank National Association, as Trustee
               for J.P. Morgan Mortgage Acquisition Trust 2006-WF1 nj.bkecf@fedphe.com
                                                                                               TOTAL: 6