Form 182 – ntchrgpay

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

            Case No.:  16–22528–KCF
            Chapter:  13
            Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jerome Beckworth
   aka EZ Vip Realty LLC, aka JM
   Enterprises, LLC
   13 Gardengate Court
   POB 342
   Columbus, NJ 08022

Social Security No.:
   xxx–xx–4423

Employer's Tax I.D. No.:

## NOTICE OF HEARING FOR FAILURE TO PAY FILING FEE

Please take notice that a hearing for failure to make an installment payment as noted below

will be held on:     September 14, 2016     09:00 AM

at: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

The amount of the unpaid filing fee is:

$110.00

If the balance of the filing fee in the amount noted above is not paid immediately, your case will be dismissed at the hearing. The Clerk's Office will only accept payment in the form of money order, certified check, attorney check, or electronic payment by efiling attorneys. No personal checks or cash will be accepted.


Dated: August 30, 2016
JJW: fed

                                                                                            James J. Waldron
                                                                                            Clerk