Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                  Case No.:  16−22528−KCF
                  Chapter:  13
                  Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jerome Beckworth
   aka EZ Vip Realty LLC, aka JM
   Enterprises, LLC
   13 Gardengate Court
   POB 342
   Columbus, NJ 08022

Social Security No.:
   xxx−xx−4423

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/19/16.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 19, 2016
JJW: fed

                                                  James J. Waldron
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                       Case No. 16-22528-KCF
Jerome Beckworth                                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 2            Date Rcvd: Sep 19, 2016
                             Form ID: 148             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2016.
```
db           +Jerome Beckworth,    13 Gardengate Court,    POB 342,    Columbus, NJ 08022-0342
aty          +Simon Belli, II,    2115 Hamilton Ave,    Mercerville, NJ 08619-3600
cr           +US Bank National Association, as Trustee for J.P.,     Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516261926     Capital One Bank NA,    1500 Capital One Dr,    Richmond, VA  23236
516261917    +PNC Mortgage,    POB 1820,    Dayton, OH 45401-1820
516282648    ++WELLS FARGO BANK NA,     WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court:  Wells Fargo Bank,    8480 Stagecoach Circle,    Frederick, MD 21701)
516261924     Wells Fargo Bank,    POB 14411,    Dayton, OH  45401
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 19 2016 23:14:15      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 19 2016 23:14:07       United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr           +EDI: DRIV.COM Sep 19 2016 22:58:00      Santander Consumer USA Inc.,    8585 N. Stemmons Fwy.,
               Ste 1100-N,    Dallas, TX 75247-3822
516261925     EDI: BANKAMER.COM Sep 19 2016 22:58:00      Bank of America,    POB 982238,    El Paso, TX  79996
516279226    +EDI: DRIV.COM Sep 19 2016 22:58:00      SANTANDER CONSUMER USA,    P.O. Box 560284,
               Dallas, TX 75356-0284
516281206    +EDI: DRIV.COM Sep 19 2016 22:58:00      Santander Consumer USA, Inc.,    PO Box 961245,
               Fort Worth, TX 76161-0244
516261923    +EDI: WFFC.COM Sep 19 2016 22:58:00      Wells Fargo Bank,    POB 14411,
               Des Moines, IA 50306-3411
                                                                                              TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516282649    ##+Wells Fargo Bank,    P.O. Box 3117,    Winston Salem, NC 27102-3117
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2016 at the address(es) listed below:
```
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Charles G. Wohlrab    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               GSAA Home Equity Trust 2006-18 cwohlrab@logs.com, njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    PNC BANK, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James Patrick Shay    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               GSAA Home Equity Trust 2006-18 james.shay@phelanhallinan.com
              James Patrick Shay    on behalf of Creditor    US Bank National Association, as Trustee for J.P.
               Morgan Mortgage Acquisition Trust 2006-WF1 james.shay@phelanhallinan.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 19, 2016
                              Form ID: 148             Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
        Michael Frederick Dingerdissen    on behalf of Creditor    US Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-WF1 nj.bkecf@fedphe.com
        Michael Frederick Dingerdissen    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-18 nj.bkecf@fedphe.com

        TOTAL: 9