| UNITED STATES BANKRUPTCY COURT |
| District of New Jersey |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| Albert Russo<br>CN 4853<br>Trenton,  NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

**Order Filed on September 19, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Jerome Beckworth

Case No.: 16-22528 / KCF

Hearing Date: September 14, 2016

Judge:  Kathryn C. Ferguson

# ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: September 19, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to attend the Section 341(a) meeting
- failure to make all required pre-confirmation payments to the Trustee
- lack of prosecution
- failure to resolve Trustee and/or creditor objection

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:  
Jerome Beckworth  
    Debtor

Case No. 16-22528-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 19, 2016  
                     Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2016.  
db           +Jerome Beckworth,    13 Gardengate Court,    POB 342,    Columbus, NJ 08022-0342  
aty          +Simon Belli, II,    2115 Hamilton Ave,    Mercerville, NJ 08619-3600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2016 at the address(es) listed below:

          Albert    Russo    docs@russotrustee.com  
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
          Charles G. Wohlrab    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-18 cwohlrab@logs.com, njbankruptcynotifications@logs.com  
          Denise E. Carlon    on behalf of Creditor    PNC BANK, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          James Patrick Shay    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-18 james.shay@phelanhallinan.com  
          James Patrick Shay    on behalf of Creditor    US Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-WF1 james.shay@phelanhallinan.com  
          John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com  
          Michael Frederick Dingerdissen    on behalf of Creditor    US Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-WF1 nj.bkecf@fedphe.com  
          Michael Frederick Dingerdissen    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-18 nj.bkecf@fedphe.com  
                                                                                         TOTAL: 9