Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 16–22528–KCF
                        Chapter: 13
                        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jerome Beckworth
    aka EZ Vip Realty LLC, aka JM
    Enterprises, LLC
    13 Gardengate Court
    POB 342
    Columbus, NJ 08022

Social Security No.:
    xxx–xx–4423

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 14, 2016</u>                <u>Kathryn C. Ferguson</u>
                                                  Judge, United States Bankruptcy Court